**Electronically Filed
Supreme Court
SCPW-19-0000272
08-APR-2019
02:07 PM**

SCPW-19-0000272

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

EDMUND M. ABORDO, Petitioner,

vs.

THE HONORABLE GARY W. B. CHANG, Judge of the Circuit Court of the
First Circuit, State of Hawaiʻi, Respondent Judge.

---

ORIGINAL PROCEEDING
(CIV. NO. 12-1-2207-08)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Edmund M. Abordo's petition for writ of mandamus, filed on March 28, 2019, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner fails to demonstrate that he has a clear and indisputable right to the requested relief, that he lacks alternative means to seek relief, or that the respondent judge committed a flagrant and manifest abuse of discretion or acted in excess of his jurisdiction. Petitioner, therefore, is not entitled to the requested extraordinary writ. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable

right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; a writ of mandamus is not intended to supersede the legal discretionary authority of the lower courts or serve as a legal remedy in lieu of normal appellate procedures).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

IT IS HEREBY FURTHER ORDERED that the appellate clerks' office shall process the petition for writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, April 8, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

2